**Order entered May 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00188-CV

### BAYLOR UNIVERSITY MEDICAL CENTER, ET AL, Appellants

### V.

### SARAH LAWTON, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-09816**

## ORDER

We **GRANT** the May 6, 2013 motion to substitute counsel filed by Aaron von Flatern and the law firm of Ehlinger & Deaderick, counsel for appellee. We **DIRECT** the Clerk of this Court to substitute Rebecca Raper Mower of the law firm of Shannon, Gracey, Ratliff & Miller, L.L.P. and Brett A. Burlison of The Barry Law Group as counsel for appellee in the place of Aaron von Flatern and the law firm of Ehlinger & Deaderick.

Appellee's brief is due on or before May 28, 2013.

/s/    DAVID LEWIS
        JUSTICE